John A. Roth, George Roth, United Consumers Service and Supply Co., and LaSalle National Bank, as Trustee Under Trust No. 10101, Plaintiffs-Appellees, v. The City of Park Ridge, a Municipal Corporation of the State of Illinois, Defendant-Appellant.

Gen. No. 53,262. (Abstract of Decision.)

First District, Second Division.

July 22, 1969.

Shaheen, Lundberg and Callahan, of Chicago (Edgar C. Lundberg and Martin J. Lillig, of counsel), for appellant; Panter, Nelson & Bernfield, of Chicago (Irwin Panter and Marshall D. Krolick, of counsel), for appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.